Monica M. MOORE, Plaintiff–
Appellant,

v.

Stephen C. BROWN, Dr.; D.D.S.; Oral Surgeon; Sonja Johns, Dr.; M.S. Physician; Distart Whitehead, Registered Nurse; Fred Schilling, Dr., Defendants–Appellees.

No. 12–6969.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 20, 2012.

Decided: Oct. 5, 2012.

Monica M. Moore, Appellant Pro Se.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica M. Moore appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Brown*, No. 1:12–cv–00495–AJTIDD (E.D.Va. May 22, 2012). We deny Moore's motion to appoint counsel. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*